IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01244-PSF-MJW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON,

    Defendant.
_____

MINUTE ORDER
_____

BY PHILLIP S. FIGA

    Plaintiff's Emergency Motion for Temporary Injunction and Emergency Motion for Declaratory Judgment and Emergency Motion for a Direct Verdict and Emergency Motion for Judgment Not Withstanding the Verdict (Dkt. # 5) is DENIED AS MOOT.

DATED July 13, 2005.